| B 104 (Rev. 2/92) | ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Robert K. Dowd and Georgeana Hunton | John M. Grysho and Petra R Grysho Also Known As Michael Grysho, Doing Business As Greyson Builders |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Robert K. Dowd<br>3141 Hood Street, Suite 650<br>Dallas, Texas 75219 | Richard J. Cohen<br>1185 Falmouth Road<br>Centerville, MA 02632 |

**PARTY** (Check one box only) ☐ 1 U.S. PLAINTIFF ☐ 2 U.S. DEFENDANT ☒ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Determination of non dischargeability of debt owed Plaintiffs pursuant to 11 U.S.C. Section 523 (a)(2)(A) becasue defendant received money through false pretenses, false misrepresentations fraudulent intent and/or actual fraud.

**NATURE OF SUIT**
(Check the one most appropriate box only.)

☐ 454 To Recover Money or Property
☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
☐ 424 To object or to revoke a discharge 11 U.S.C. § 727

☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
☒ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
☐ 434 To obtain an injunction or other equitable relief
☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan

☐ 456 To obtain a declaratory judgment relating to any of foregoing causes of action
☐ 459 To determine a claim or cause of action removed to a bankruptcy court
☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)
☒ 1 Original Proceeding ☐ 2 Removed Proceeding ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another Bankruptcy Court

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND** $ 10,000.00    **OTHER RELIEF SOUGHT** Attorney fees    ☐ JURY DEMAND Check only if demanded in complaint

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR | John M. Grysho and Petra R Grysho Also Known As Michael Grysho, DoingBusiness As Greyson Builders | BANKRUPTCY CASE NO. 06-10001 |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING Massachusetts | DIVISIONAL OFFICE | NAME OF JUDGE Honorable William Hillman |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.) ☒ FEE ATTACHED ☐ FEE NOT REQUIRED ☐ FEE IS DEFERRED

| DATE 3/29/2006 | PRINT NAME Robert K. Dowd | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|

Robert K. Dowd
3141 Hood Street
Suite 650
Dallas, Texas 75219
Phone (214) 922-9330
ATTORNEY FOR
GEORGEANA HUNTON
AND ROBERT K. DOWD

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOHN M. GRYSHO AND PETRA R GRYSHO | § | |
| Also Known As MICHAEL GRYSHO, | § | |
| Doing Business As GREYSON BUILDERS | § | CASE NO. 06-10001 |
| | § | CHAPTER 7 |
| DEBTORS. | § | |
| | | |
| ROBERT K. DOWD AND | § | |
| GEORGEANA HUNTON, | § | |
| | § | |
| PLAINTIFFS, | § | ADVERSARY NO. _____ |
| | § | |
| vs. | § | |
| | § | |
| JOHN M. GRYSHO AND PETRA R GRYSHO | § | |
| Also Known As MICHAEL GRYSHO, | § | |
| Doing Business As GREYSON BUILDERS | § | |
| | § | |
| DEFENDANTS. | § | |

### COMPLAINT TO DENY DISCHARGE AND DISCHARGEABILITY OF DEBT

TO THE HONORABLE UNITED
STATES BANKRUPTCY JUDGE:

COMPLAINT TO DENY - Page 1

COMES NOW, Robert K. Dowd and Georgeana Hunton, creditors in the above-styled and numbered case and file this their Complaint to Deny Discharge and Dischargeability of Debt and in support of same would show the Court as follows:

### PARTIES, JURISDICTION AND VENUE

1. This Court has jurisdiction over this Complaint pursuant to 11 U.S.C. Sections 1334 and 157 (b)(2)(A), (B), (I) and (O).

2. John M. Grysho, individually and aka Michael Grysho dba Greyson Builders may be served with process herein by serving him at 514 Great Field Road, Brewster, MA 02631.

3. Petra R. Grysho may be served with process herein by serving her at 514 Great Field Road, Brewster, MA 02631.

4. Debtors may also be served by serving their counsel of record, Richard J. Cohen, Richard J. Cohen, Esq., 1185 Falmouth Road, Centerville, MA 02632.

5. Venue of this action is proper in this Court.

### FACTS

6. Debtors filed a Chapter 7 bankruptcy petition.

7. In June, 2005, John M. Grysho (Hereinafter "Grysho") also known as Michael Grysho doing business as Greyson Builders fraudulently induced creditors, Robert K. Dowd and Georgeana Hunton, to enter into a contract to produce building plans suitable to obtain building permits for the reconstruction of the property at 229A Old Main St., South Yarmouth, Massachusetts. Robert K. Dowd and Georgeana Hunton completed their part of the contract by paying Grysho $10,000 in advance as agreed.

8. Grysho performed some work for which he had been contracted but failed and was unable to complete the job at the agreed upon time. The little work that was done was substandard.

9. Grysho had no ability to carry out the contract as a result of his financial insolvency and his fraudulently induced contract entered into by Robert K. Dowd and Georgeana Hunton by his misrepresentation of his financial strength and abilities as a builder. As a result any work performed by Grysho will have to be entirely redone to obtain building plans and specifications containing standards of quality and workmanship required to obtain building permits and their approval.

10. Grysho represented to Robert K. Dowd and Georgeana Hunton that he would do the job and do it correctly for the $10,000 paid in advance.

11. Grysho took money from Robert K. Dowd and Georgeana Hunton with no expectation of properly performing the services and completing the work for which he contracted. Grysho has not offered to refund the money he was paid.

## REQUEST FOR RELIEF

12. Robert K. Dowd and Georgeana Hunton request that the Court determine that the debt owed to Robert K. Dowd and Georgeana Hunton is not discharged pursuant to 11 U.S.C. Section 523(a)(2)(A) because John Grysho received money through false pretenses, false representations, fraudulent intent and/or actual fraud.

13. Robert K. Dowd and Georgeana Hunton request that the Court determine the Debtors discharge should be denied pursuant to 11 U.S.C. Section 727(a)(4) and (a)(5).

**COMPLAINT TO DENY - Page 3**

WHEREFORE, PREMISES CONSIDERED, Robert K. Dowd and Georgeana Hunton request an order determining that the debt owed to them is not discharged pursuant to 11 U.S.C. Section 523(a)(2)(A) and (3) and that the discharge be denied pursuant to 11 U.S.C. Section 727(a)(4) and (5); and for such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

By _____
Robert K. Dowd
3141 Hood Street, Suite 650
Dallas, Texas 75231
**ATTORNEYS FOR ROBERT K. DOWD AND GEORGEANA HUNTON**

### CERTIFICATE OF SERVICE

A true and correct of this Complaint is being served on counsel for the Debtors on 29th March, 2006 by certified mail.

_____
Robert K. Dowd

COMPLAINT TO DENY - Page 4